# United States Court of Appeals
## For the Eighth Circuit

_____

No. 17-2500
_____

Tyrone Ellis

*Plaintiff - Appellant*

v.

Brett Butler, Doctor, Correct Care Solutions

*Defendant - Appellee*
_____

Appeal from United States District Court
for the Eastern District of Arkansas - Pine Bluff
_____

Submitted: February 20, 2018
Filed: February 28, 2018
[Unpublished]
_____

Before GRUENDER, MURPHY, and SHEPHERD, Circuit Judges.
_____

PER CURIAM.

Arkansas inmate Tyrone Ellis appeals after the district court[1] adversely granted summary judgment in his *pro se* 42 U.S.C. § 1983 action asserting a claim of deliberate indifference to his serious medical needs. He challenges the denial of a motion he filed seeking to correct a docket entry, and he challenges the summary judgment decision.

We have carefully reviewed the record and the parties' arguments on appeal. We first conclude that Ellis's motion to correct the docket entry was properly denied as moot. We further conclude that summary judgment was properly granted, as the record established beyond genuine dispute that—during the relevant time period—Dr. Brett Butler did not know of, and did not deliberately disregard, Ellis's medical needs. *See Fourte v. Faulkner Cty., Ark.*, 746 F.3d 384, 387 (8th Cir. 2014) (explaining that deliberate-indifference claim requires showing that defendants actually knew of, but deliberately disregarded, an objectively serious medical need); *Peterson v. Kopp*, 754 F.3d 594, 598 (8th Cir. 2014) (reviewing grant of summary judgment *de novo*, viewing record in light most favorable to non-moving party). Accordingly, we affirm. *See* 8th Cir. R. 47B.

_____

_____

[1]The Honorable D.P. Marshall Jr., United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Jerome T. Kearney, United States Magistrate Judge for the Eastern District of Arkansas.